## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| | ) |
| In re: | ) **Chapter 11** |
| | ) |
| **HOBBICO, INC.,** *et al.,* | ) **Case No.  18-10055 (KG)** |
| | ) |
| **Debtors.**[1] | ) **Jointly Administered** |
| | ) |

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## ARRMA DURANGO LTD. (CASE NO. 18-10158)

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows:  Hobbico, Inc. (9545); Arrma Durango Ltd.; Axial R/C Inc. (0233); Estes-Cox Corp. (2196); Great Planes Model Manufacturing, Inc. (5259); Revell Inc. (8545); Tower Hobbies, Inc. (5185); and United Model, Inc. (5302).  The Debtors' headquarters are located at 2904 Research Road, Champaign, Illinois 61822.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HOBBICO, INC., *et al.*,[1] | Case No. 18-10055 (KG) |
| Debtors. | Jointly Administered |

## GLOBAL NOTES, METHODOLOGY AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### Introduction

Hobbico, Inc. and its above-captioned affiliated debtors and debtors in possession (each, a "Debtor" and collectively, the "Debtors," and the Debtors together with their non-debtor subsidiaries and affiliates, the "Company"), with the assistance of their professional advisors, have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "SOFAs" or "Statements" and, together with the Schedules, the "Schedules and Statements") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes, Methodology and Specific Disclosures Regarding the Debtors' Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all the Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.[2]

The Schedules and Statements do not purport to represent financial statements prepared in accordance with generally accepted accounting principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtors. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Hobbico, Inc. (9545); Arrma Durango Ltd (UK Company reference #07865134); Axial R/C Inc. (0233); Estes-Cox Corp. (2196); Great Planes Model Manufacturing, Inc. (5259); Revell Inc. (8545); Tower Hobbies, Inc. (5185); and United Model, Inc. (5302). The Debtors' headquarters are located at 2904 Research Road, Champaign, Illinois 61822.

[2]    These Global Notes are in addition to any specific notes contained in each Debtor's Schedules or SOFAs. The fact that the Debtors have prepared a "General Note" with respect to any of the Schedules and Statements and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such General Note to any of the Debtors' remaining Schedules and Statements, as appropriate.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause material changes to the Schedules and Statements. Although reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

The Debtors' management prepared the Schedules and Statements with the assistance of their advisors and other professionals. Tom S. O'Donoghue, Jr. has signed the Schedules and Statements. Mr. O'Donoghue is Chief Restructuring Officer of Hobbico, Inc., and an authorized signatory for the Debtors. In reviewing and signing the Schedules and Statements, Mr. O'Donoghue necessarily has relied upon the efforts, statements and representations of the Debtors' advisors and various personnel employed by the Debtors. Mr. O'Donoghue has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors, classification of such amounts and creditor addresses.

**The Schedules, SOFAs and Global Notes should not be relied upon by any person for information relating to current or future financial conditions, events or performance of any of the Debtors. Due to numerous unliquidated, contingent, and/or disputed claims, summary statistics in the Schedules, SOFAs, and Global Notes are likely not an accurate representation of the Debtors' liabilities.**

## Global Notes and Overview of Methodology

1.    **Reservation of Rights**.

The Debtors reserve all rights to amend, supplement or otherwise modify the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to a claim (including, but not limited to, amending the description or designation of any claim; disputing or otherwise asserting offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, priority, status or classification; subsequently designating any claim as "disputed," "contingent" or "unliquidated;" or objecting to the extent, validity, enforceability, priority or avoidability of any claim). Any failure to designate a claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such claim or amount is not "disputed," "contingent," or "unliquidated." Listing a claim does not constitute an admission of liability by the Debtors. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements.

Further, nothing contained in the Schedules and Statements shall constitute a waiver of rights or an admission with respect to the chapter 11 cases, including, without limitation, with

respect to matters involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this or the preceding paragraph.

2.      **Description of Cases and "as of" Information Date.**  On January 10, 2018 the seven Original Debtors[3] filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  On January 26, 2018 (together with January 10, 2018, the "Petition Dates"), Arrma Durango Ltd. ("ADL") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their business and managing their properties as debtors-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108.  On January 11, 2018, the Bankruptcy Court entered an order (Docket No. 41) providing for the joint administration of the Original Debtors pursuant to Bankruptcy Rule 1015(b).  On January 30, 2018, the Bankruptcy Court entered an order (Case No. 18-10158; Docket No. 10) providing for the joint administration of ADL with the Original Debtors pursuant to Bankruptcy Rule 1015(b).

        On January 22, 2018, the United States Trustee for the District of Delaware appointed a statutory committee of unsecured creditors pursuant to Bankruptcy Code section 1102(a)(1). (Docket No. 91) and on January 22, 2018, filed a revised notice of the same (Docket No. 92).

        The asset information provided herein, except as otherwise noted, represents the asset data of the Debtors as of the Petition Dates, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtors as of the Petition Dates.  As more fully described in Section 16 below, the Debtors were required to make certain estimates and assumptions that affect the reported amounts within the Schedules and Statements.

3.      **Basis of Presentation**.  The totals listed in the Schedules and Statements may not be comparable to the Company's consolidated financial reports prepared for public reporting purposes or otherwise as these reports include Hobbico, Inc. and each of its subsidiaries, some of which are not Debtors in these proceedings.  Although these Schedules and Statements may, at times, incorporate information prepared in accordance with GAAP, the Schedules and Statements neither purport to represent nor reconcile to financial statements otherwise prepared and/or distributed by the Debtors in accordance with GAAP or otherwise.  Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.  The Debtors reserve all rights to amend these Schedules and Statements.

4.      **Recharacterization**.  Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize and designate certain claims, assets, contracts, leases and other items reported in the Schedules and Statements, the Debtors may nevertheless seek to recharacterize, reclassify, recategorize, redesignate, add or delete items.  Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add or delete items

---

[3]      Hobbico, Inc.; Axial R/C Inc.; Estes-Cox Corp.; Great Planes Model Manufacturing, Inc.; Revell Inc.; Tower Hobbies, Inc.; and United Model, Inc. (collectively, the "Original Debtors").

reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed in the Schedules and Statements were deemed executory or unexpired as of the Petition Dates and remain executory and unexpired postpetition.

5.    **Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.  Accordingly, the Debtors reserve all of their rights to amend, supplement or otherwise modify the Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of claims under Bankruptcy Code section 503(b)(9).  Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of all claims asserted under Bankruptcy Code section 503(b)(9).

6.    **Excluded Assets and Liabilities**.  In preparation of the Schedules and Statements, the Debtors may have excluded certain assets and liabilities.  Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP.  These balances primarily represent general estimates of assets or liabilities and do not reflect specific assets or claims as of the Petition Dates.

7.    **Insiders**.  Solely for purposes of the Schedules and Statements, the Debtors define "insiders" to include the following: (a) directors; (b) officers; (c) shareholders holding in excess of 5% of the voting shares of the Debtors (whether directly or indirectly); (d) relatives of (a) – (c) (to the extent known by the Debtors); and (e) non-Debtor affiliates.  Consistent with Section 10 below, with respect to category (e) of the foregoing, the Debtors have not listed any ordinary course intercompany payments between a Debtor and a non-Debtor affiliate.

Persons listed as "insiders" have been included for informational purposes only.  The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws and section 101(31) of the Bankruptcy Code, or with respect to any theories of liability or for any other purpose.  As such, the Debtors reserve all rights with respect to the foregoing issues.

8.    **Intellectual Property Rights.**  The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights do not exist or have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

9.    **Ordinary Course Intercompany Transactions**.  In the ordinary course of business, the Debtors engage in various transactions relating to the business relationship between and among

themselves and their non-Debtor affiliates.  As an accounting matter, certain of these ordinary course intercompany transactions are memorialized by journal entry, instead of by check or wire payment, and may not be reflected in the Schedules and Statements.

10.    **Contracts and Leases**.   Nothing contained in or omitted from the Schedules and Statements is or shall be construed as an admission as to the determination of the legal status of any contract or lease, including whether any lease is a true lease or a financing arrangement, whether such contract or lease is an executory contract or unexpired lease, or whether such contract or lease is binding, valid, and enforceable.  The Debtors reserve all rights with respect to all such issues.  In addition, the Debtors reserve all rights, claims, and causes of action with respect to the contracts and agreements listed in the Schedules and Statements, including the rights to dispute or challenge the characterization or the structure of any transaction or document or instrument.

11.    **Classifications**.  Listing a claim on (a) Schedule D as "secured", (b) Schedule E/F, Part 1 as "priority," (c) Schedule E/F, Part 2 as "unsecured," or Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to recharacterize or reclassify such claims or contracts.

12.    **Claims Description**.   Schedules D and E/F permit the Debtors to designate a claim as "disputed," "contingent" and/or "unliquidated." Any failure to designate a claim on a given Schedule as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated," or that such claim is not subject to objection.  The Debtors reserve all of their rights to dispute, or assert offsets or defenses to, any claim reflected on their Schedules on any grounds, including, but not limited to amount, liability, validity, priority or classification.  Additionally, the Debtors expressly reserve all of their rights to subsequently designate any claim as "disputed," "contingent" or "unliquidated." Moreover, listing a claim does not constitute an admission of liability by the Debtors.

13.    **Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have identified and/or listed as assets in the Schedules and Statements all of their causes of action or potential causes of action against third-parties (and in particular have not identified or listed causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers).  The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counterclaim or recoupment; any claim on a contract or for breach of duty imposed by law or in equity; and any demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license or franchise, in each case of any kind or character whatsoever, known or unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

14.    **Setoffs.**  The Debtors incur certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers.  These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules and Statements, offsets are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

15.    **Summary of Significant Reporting Policies**.  The following is a summary of significant reporting policies:

(a)    Currency.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

(b)    Undetermined Amounts.  The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

(c)    Net Book Value of Assets.  The Debtors do not have current market valuations for all assets.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all assets.  Wherever possible, unless otherwise indicated, net book values as of the Petition Dates are presented.  When necessary, the Debtors have indicated that the value of certain assets is "unknown" or "undetermined." Amounts ultimately realized may vary materially from net book value (or  whatever value was ascribed."

Accordingly, the Debtors reserve all rights to amend, supplement, or adjust the asset values set forth in the Schedules and Statements.  As applicable, assets that have been fully depreciated or fully amortized, or were expensed for GAAP accounting purposes, and therefore, have no net book value, are not included in the Schedules and Statements.

(d)    Totals.  To the extent there are unknown or undetermined amounts included in the Schedules and Statements, the actual totals may be different than the listed totals.

(e)    Paid Claims.  The Debtors were authorized (but not directed) to pay certain outstanding prepetition claims pursuant to various orders entered by the Bankruptcy Court (collectively, the "First Day Orders").  Except as otherwise indicated, such prepetition claims are generally reflected on the Schedules and Statements without regard to whether or not they have been paid as of the date of filing of these Schedules and Statements or are authorized to be paid under the First Day Orders.  To the extent the Debtors have paid or pay in the future claims listed in the Schedules and Statements pursuant to orders entered by the Bankruptcy Court, the Debtors reserve all of their rights to amend or supplement the Schedules and Statements or to take action as is necessary or appropriate to avoid over-payment of or duplicate payments for any such liabilities.  Notwithstanding the foregoing,

the Schedules and Statements may inadvertently reflect some of the Debtors' payments of certain claims pursuant to the First Day Orders and, to the extent an unsecured claim has been paid or may be paid, it is possible such claim is not included in the Schedules and Statements.

(f) <u>Credits and Adjustments</u>.  The claims of individual creditors for, among other things, goods, products, services or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtors.  The Debtors reserve all of their rights with regard to such credits, allowances and other adjustments, including the right to assert objections and/or setoffs with respect to the same.

(g) <u>Liens</u>.  Property and/or equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

16.  **Estimates**.  To prepare and file the Schedules and Statements in accordance with the deadlines established in the chapter 11 cases, the Debtors were required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses.  The Debtors reserve all rights to amend the reported amounts of assets, liabilities, revenue and expenses to reflect changes in those estimates and assumptions.

17.  **Global Notes Control**.  In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

### Specific Disclosures With Respect to the Debtors' Schedules of Assets and Liabilities

**Summary of the Schedules; Schedule D.**  The Debtors have listed the full amount ($75,700,103.97) due on their prepetition secured term loan and revolving loan facilities on the Schedules of all Debtor obligors thereunder.  Such amount is also shown as due to each of the four (4) lenders under that facility, but as only a single debt in the Summary and Schedule D total.  The Debtors have also listed the prepetition term loan amounts notwithstanding their post-petition refinancing.

**Schedule A/B, questions 6, 7 and 8.**  The Debtors' books and records do not generally distinguish between deposits and prepaid amounts and so answers to questions for deposits and prepaid amounts may contain some or all of both.

**Schedule A/B, question 15.**  Hobbico Inc.'s Schedule B identifies such Debtor's direct ownership interests in any subsidiary, but excludes its indirect ownership of Revell GmbH.  Such ownership is reflected in Hobbico Inc.'s SOFA 25.

**Schedule A/B, questions 39-40.**  The Debtors do not bifurcate office furniture from fixtures on their balance sheets, so furniture may include fixtures.

**Schedule A/B, question 55.**  The Debtors note that their books and records do not contain values for their real property leases.

**Schedule A/B, question 61.**  The Debtors note that the websites relating to a Debtor's business line appear on that Debtor's Schedules.  In some instances, such website(s) may in fact be registered to a different Debtor.

**Schedule A/B, question 73.**  Only insurance policies with unexpired coverage terms as of the Petition Date for such Debtor are listed.  To the extent that one or more Debtors might have rights to coverage under a policy with an expired coverage term, all such rights are expressly preserved notwithstanding the fact such policies have not been listed in response thereto.

**Schedule A/B, question 74.**  The Debtors, despite their efforts, may not have listed all of their causes of action against third parties as assets in the Schedules and Statements.  The Debtors reserve all of their rights with respect to any causes of action they may have, whether or not listed as assets in the Schedules and Statements, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

**Schedule E/F; Priority.**  The Debtors have not determined whether, and to what extent, certain of the creditors identified on Part 1 of Schedule E/F are actually entitled to priority under section 507 of the Bankruptcy Code.  The Debtors reserve the right to assert that claims identified on Part 1 of Schedule E/F are not claims that are entitled to priority.

**Schedule E/F; Intercompany Claims.**  The Debtors have presented intercompany claims owing to Hobbico, Inc. from its subsidiaries (including ADL) on an aggregate basis (as between those two Debtors); such aggregate amounts represent the net sum of various transactions between the two entities.

**Schedules E/F.** The Debtors' analysis of potential priority claims is ongoing, and amounts listed as priority claims on Schedule E/F remain subject to such analysis. Amendments will be made to Schedule E/F as necessary. As of the Petition Dates, the books and records reflect that Debtors Estes-Cox Corp. and Tower Hobbies, Inc. have certain liabilities in respect of gift cards. The Estes-Cox liability is $4,399.29, and the Tower Hobbies liabilities are $487,196.92 (purchased cards) and $1,048,200 (promotional cards). Although these liabilities are listed as  general unsecured claims, the redemptions and exchanges of such gift cards are ongoing and the Debtors do not know the identities of the holders of such cards. Therefore, the gift card holders are not listed on Schedule E/F. Although reasonable efforts have been made to identify the date of incurrence of each claim, determining the date upon which each claim on Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive, and therefore, the Debtors do not list a date for each claim on Schedule E/F.

**Schedule G; Executory Nature.**  The Debtors have excluded loan documents and professional engagement letters for Schedule G.  The Debtors also believe they have only scheduled executory contracts to which a Debtor is a party or may be contractually and/or directly liable to perform. Similarly, for the purposes of the other Schedules and the Statements, no claims have been scheduled for a Debtor that may have benefited directly or indirectly ·from a contractual relationship to which the Debtor was not a named party.

**Schedule G; Reservation.**  The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contract, agreement, or lease set forth on Schedule G that may have

expired or may have been modified, amended, and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed on Schedule G.  Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights.  Such rights, powers, duties and obligations may not be set forth on Schedule G.  Certain of these executory agreements may not have been memorialized in writing and/or could be subject to dispute.  In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, right of way, subordination, non-disturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements.  Such documents may not be set forth on Schedule G.  The Debtors reserve all of their rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument (including without limitation, any intercompany agreement) related to a creditor's claim.  Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors.  In the ordinary course of business, the Debtors may have entered into agreements, written or oral, for the provision of certain services on a month-to-month or at-will basis.  Such contracts may not be included on Schedule G.  However, each Debtor reserves the right to assert that such agreements constitute executory contracts.  Finally, since filing these cases, the Debtors have obtained Court approval to reject certain leases by order dated February 16, 2018.  The Debtors have omitted these rejected agreements from Schedule G.

**Schedule G; No admission.**  Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.  The Debtors reserve all rights to challenge whether any of the listed contracts, leases, agreements or other documents constitute an executory contract or unexpired lease, including if any are unexpired non-residential real property leases.  Any and all of the Debtors' rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved.

**Schedule H; Insurers.**  The Debtors have not listed each past and current insurer of a Debtor in response to Schedule H.  The exclusion of an insurer on Schedule H does not mean such insurer is not necessarily a co-debtor in fact and the Debtors reserve their rights to assert any such claims against insurers.  Likewise, the Debtors have not listed co-defendants in any litigation pending against the Debtors, but reserve all rights with respect thereto.

### Specific Disclosures With Respect to the Debtors' Statements of Financial Affairs

**SOFA 3**.  The payments listed in the Hobbico, Inc. SOFA 3 include payments made on behalf of Debtors United Model, Inc. and Tower Hobbies, Inc. to their respective creditors.  In addition, Hobbico, Inc. has made certain wire transfers on behalf of Debtor Great Planes Model Manufacturing, Inc.  Payments to the professionals listed in response to question 11 of the Statements are omitted from the responses to this question, as are payments to insiders listed in response to question 4 of the Statements.  Additionally, in certain instances it is possible that the reason for payment may have varied from that presented in response to question 3.

**SOFA 4, 28, 29 and 30.**  The listing of any person or entity is not intended to be nor shall it be construed as a legal characterization of such party as an insider, and does not act as an admission of any fact, claim, right or defense, and all such right, claims and defenses are hereby reserved. The Debtors utilized the definition of "insider" in 11 U.S.C. 101(31)(B).  Additionally, the responses to questions 4 and 30 generally do not include historical intercompany transfers between Debtor entities, and may not include certain expenses charged directly to corporate credit cards. Finally, those payments listed in response to question 4 are included in the response to question 30.

**SOFA 6.**  In the ordinary course of business certain of the Debtors' creditors, such as utilities, may have setoff all or part of unpaid invoices against items such as security deposits or retainers previously provided to such creditors by the Debtors. These creditors are not listed in response to question 6. Likewise, bank fees deducted from bank accounts of the Debtors are not listed in response to question 6.  Additionally, in the ordinary course of business the Debtors may record intercompany non-cash accounting entries on their respective books and records. To the extent that these accounting entries could be considered setoffs, such setoffs are not listed in response to question 6.

**SOFA 17.**  Strictly speaking, the employees of all of the Debtors (other than ADL) are employed and paid by Hobbico, Inc. even though many perform services for other Debtors.  All such employees are eligible to participate in the Hobbico, Inc. ESOP and 401(k) plan.  For this reason, all the U.S. Debtors other than Hobbico, Inc. have answered "No" to SOFA 17.

**SOFA 20.**  Additional off-site storage not listed in response thereto may be utilized, including tooling in which the Debtors have an interest that is utilized by third-party manufacturers of the Debtors.

**SOFA 26(a) – 26(c).**  The Debtors have identified the Chief Financial Officer, Controller and certain others in connection with the audit, compilation, review and/or maintenance of the Debtors' books and records, but other finance and accounting personnel of the Debtors who have assisted in the foregoing have been omitted from the responses to these questions.  The Debtors did not include certain firms or individuals that reviewed the Debtors' books of account and records at the request of third parties.

**SOFA 26(d)**.  The Debtors provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing, and other reasons. Recipients have included regulatory agencies, financial institutions, investment banks, creditors, and their respective legal and financial advisors.  Although the Debtors from time to time may have furnished financial statements to parties other than those listed, it is not the practice of the Debtors to maintain exhaustive records of such transmittal.  Consequently, the Debtors cannot provide an exhaustive list of all entities that have received one or more financial statements from the Debtors in response to question 26(d).  Finally, although the Debtors have previously provided financial statements to certain prospective purchasers of the Debtors or their assets or other possible financing sources, the Debtors believe they may be contractually prohibited from publicly disclosing the identity of these recipients. For this reason, those responses to question 26(d) have been omitted.

With respect to question 27 of the Statements and Schedule A/B, questions 18-23, certain of the Debtors' locations do periodic cycle counts rather than full annual physical inventories. The Debtors have only listed physical inventories in response to question 27.  Additionally, the Debtor's book value of inventory is generally calculated using FIFO accounting and the lower of cost or market value.  Specifically, the inventory is booked at cost and, in certain instances, reserves are created for where the Debtors believe market value of the inventory has decreased below cost.  In these instances, the book value of inventory on the Statements and Schedules is presented net of reserves for devalued inventory.

**SOFA 30.**  The Debtors have omitted de minimis expense reimbursements, such as reimbursement of working travel costs, from the response to question 30 of the Statements. As noted in each Debtor's response to SOFA 30, the amounts listed there were paid by Debtor Hobbico, Inc., and not by any other Debtor.  In other words, the recipients listed in SOFA 30 received such payment only once, not eight times.

The Debtors and their employees, agents, attorneys and other professionals do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their employees, agents, attorneys and other professionals expressly do not undertake any obligation to notify any third party should the information be or need to be updated, modified, revised or re-categorized. In no event shall the Debtors or their employees, agents, attorneys or other professionals be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their employees, agents, attorneys and other professionals are advised of the possibility of such damages.

**Fill in this information to identify the case:**

Debtor name   ARRMA DURANGO LTD.

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (If known):   18-10158(KG)

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**   **Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B* .................................................................................
$ _____0.00

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*.................................................................................
$ ___4,607,110.04

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B* .................................................................................
$ ___4,607,110.04

---

**Part 2:**   **Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................................
$ 117,707,862.70

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 6a of *Schedule E/F*.........................................................................
$ _____6,678.67

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*.........................................................
+ $ _____73,865.31

4. **Total liabilities**...................................................................................................................................................
   Lines 2 + 3a + 3b
$ 117,788,406.68

**Fill in this information to identify the case:**

Debtor name ___ARRMA DURANGO LTD.___

United States Bankruptcy Court for the: ___DISTRICT OF DELAWARE___

Case number (If known): ___18-10158(KG)___

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | $ 80.43 |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. SEE ATTACHED - SCHEDULE AB3 | | | $ 25,708.00 |
| 3.2. | | | $ |
| **4. Other cash equivalents** *(Identify all)* | | | |
| 4.1. | | | $ |
| 4.2. | | | $ |
| **5. Total of Part 1** | | | $ 25,788.43 |
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | |

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **7. Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| 7.1. | $ |
| 7.2. | $ |

| Debtor | ARRMA DURANGO LTD. | Case number (*if known*) 18-10158(KG) |
|---|---|---|
| | Name | |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. SEE ATTACHED - SCHEDULE AB8      $ _____ 151,121.21

8.2. _____ $ _____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.      $ _____ 151,121.21

---

**Part 3:   Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

11a. 90 days old or less:   405.89 − 0.00 = ➡   $ _____ 405.89

     face amount      doubtful or uncollectible accounts

11b. Over 90 days old:   0.00 − 0.00 = ➡   $ _____ 0.00

     face amount      doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.      $ _____ 405.89

---

**Part 4:   Investments**

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $ _____

14.2. _____   _____   $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:      % of ownership:

15.1. _____   _____ %   _____   $ _____

15.2. _____   _____ %   _____   $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____   _____   $ _____

16.2. _____   _____   $ _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.      $ _____

---

**Schedule A/B: Assets — Real and Personal Property**

Debtor    ARRMA DURANGO LTD.
_____    Case number (if known) 18-10158(KG)
Name

---

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---------------------------------------------------------------------------------|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Schedule A/B: Assets — Real and Personal Property

| Debtor | ARRMA DURANGO LTD. | Case number *(if known)* 18-10158(KG) |
|---|---|---|
| | Name | |

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** OFFICE FURNITURE / FIXTURES | $ 155.00 | NET BOOK VALUE | $ 155.00 |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** OFFICE EQUIPMENT | $ 23,854.00 | NET BOOK VALUE | $ 23,854.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    $ 24,009.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☒ No

    ☐ Yes

Schedule A/B: Assets — Real and Personal Property

Debtor    ARRMA DURANGO LTD.
          _____     Case number (*if known*)__18-10158(KG)__
          Name

---

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| OTHER MACHINERY / EQUIPMENT | $    614,906.00 | NET BOOK VALUE | $    614,906.00 |

51. **Total of Part 8.**                                                          $    614,906.00
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Debtor | ARRMA DURANGO LTD. | Case number (if known) 18-10158(KG) |
|---|---|---|
| | Name | |

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 LEASED PROPERTY: SUITE 3, ENTERPRISE GLADE, MOIRA, DERBYSHIRE, DE12 6BA | LESSEE | $_____ | N/A | $_____ 0.00 |
| 55.2 | _____ | $_____ | _____ | $_____ |
| 55.3 | _____ | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.3 and entries from any additional sheets. Copy the total to line 88.

$_____

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>SEE ATTACHED - SCHEDULE AB60 | $_____ | | $_____ 0.00 |
| **61. Internet domain names and websites**<br>SEE ATTACHED - SCHEDULE AB61 | $_____ | | $_____ 0.00 |
| **62. Licenses, franchises, and royalties** | $_____ | | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>COLLECTED CUSTOMER LISTS AND MAILING LISTS | $_____ 0.00 | N/A | $_____ 0.00 |
| **64. Other intangibles, or intellectual property** | $_____ | | $_____ |
| **65. Goodwill** | $_____ | | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____ 0.00

Schedule A/B: Assets — Real and Personal Property

Debtor    ARRMA DURANGO LTD.    Case number *(if known)* 18-10158(KG)
_____
Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ − _____ = ➡    $ _____

Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

NET LOSSES B/FWD    Tax year 2017    $    3,787,493.58

VAT REFUND NOT YET RECEIVED    Tax year 2018    $    3,385.93

_____    Tax year _____    $ _____

73. **Interests in insurance policies or annuities**

_____    $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $ _____

Nature of claim    _____

Amount requested    $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $ _____

Nature of claim    _____

Amount requested    $ _____

76. **Trusts, equitable or future interests in property**

_____    $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $ _____

_____    $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $    3,790,879.51

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

☐ Yes

**Schedule A/B: Assets — Real and Personal Property**

| Debtor | ARRMA DURANGO LTD. | Case number *(if known)* | 18-10158(KG) |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Part 12:</strong></td><td colspan="2"><strong>Summary</strong></td></tr>
</table>

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 25,788.43 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 151,121.21 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 405.89 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 24,009.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 614,906.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................➔ | | $ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 3,790,879.51 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 4,607,110.04 | + 91b. $ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................  $ 4,607,110.04

Schedule A/B: Assets — Real and Personal Property

# ARRMA DURANGO LTD.

# SCHEDULE AB3: CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS

| Name of Institution | Type of Account | Last 4 Digits of Acct # | Amount |
|---|---|---|---|
| LLOYDS BANK | CURRENT ACCOUNT (GBP) | 8068 | $10,934.00 |
| LLOYDS BANK | CURRENT ACCOUNT (USD) | 7839 | $14,370.00 |
| LLOYDS BANK | CURRENT ACCOUNT (EURO) | 6416 | $404.00 |
| | | TOTAL: | $25,708.00 |

# ARRMA DURANGO LTD.

# SCHEDULE AB8: PREPAYMENTS

| Description, Including Name of Holder Of Prepayment | Value |
|---|---|
| GELDARDS - RETAINER | $75,000.00 |
| NET THREAT | $166.57 |
| NWLDC | $2,368.74 |
| PIB | $5,246.83 |
| SALARIES PREPAID | $16,892.15 |
| SMITH COOPER | $113.56 |
| SMITH COOPER | $19.67 |
| SMITH COOPER | $1,197.05 |
| SOLID SOLUTIONS | $2,404.58 |
| SOLID SOLUTIONS | $20,385.65 |
| SOLID SOLUTIONS | $4,834.46 |
| SOLID SOLUTIONS | $737.12 |
| SOLID SOLUTIONS | $14,446.51 |
| TAMWORTH OFFICES | $1,725.86 |
| TAMWORTH OFFICES | $2,194.00 |
| TAMWORTH OFFICES | $1,990.80 |
| TAMWORTH OFFICES | $219.01 |
| VITALITY | $1,178.64 |
| TOTAL: | $151,121.21 |

# ARRMA DURANGO LTD.

# SCHEDULE AB60: PATENTS

| Title/ DBR Reference Number | Inventor(s) | Application No./Filing Date | Patent No./ Issue Date | Owner | Current Status |
|---|---|---|---|---|---|
| Remote Controls (P4783-1) | Jami Jones | 1258180-0001 02/02/2011 | 1258180-0001 02/02/2011 | ARRMA Durango Limited | Registered European Community design, expires 02/02/2021 |
| Remote Controllers (P4783-2) | Jami Jones | 1258180-0002 02/02/2011 | 1258180-0002 02/02/2011 | ARRMA Durango Limited | Registered European Community design, expires 02/02/2021 |
| Remote-Controlled Toy Cars | Kotonori Fujiwara | 1275770-0001 05/10/2011 | 1275770-0001 05/10/2011 | ARRMA Durango Limited | Registered European Community design, expires 05/10/2021 |
| Remote Controlled Toy Car (P4177DES) | Kotonori Fujiwara | 29/392,417 05/20/2011 | D690,372 09/24/2013 | ARRMA Durango Limited | Expires 09/24/2027 |
| Gearbox with Two Operating Configurations (P4101GB) | Gerd Strenge | GB 1112236.3 07/15/2011 | GB2486513 06/11/2013 | ARRMA Durango Limited | Expires 07/15/2036 |
| Gearbox with Two Operating Configurations (P4101CN) | Gerd Strenge | CN201290000166.8 07/11/2012 | ZL201290000166 03/17/2014 | ARRMA Durango Limited | Utility Model expires 07/11/2022 |

# ARRMA DURANGO LTD.

# SCHEDULE AB60: PATENTS

| Title/<br>DBR Reference Number | Inventor(s) | Application<br>No./Filing Date | Patent No./<br>Issue Date | Owner | Current Status |
|---|---|---|---|---|---|
| Gearbox, Drive Mechanism Using the Gearbox, and Model Car Using the Drive Mechanism (P4101TW) | Gerd Strenge | TW101213578<br>07/13/2012 | TW M448308U1<br>03/11/2013 | ARRMA Durango Limited | Utility Model expires 07/13/2022 |
| Gearbox (P4101US) | Gerd Strenge | 14/232,861<br>01/14/2014 | 8,827,030<br>09/09/2014 | ARRMA Durango Limited | 1st maintenance fee due 03/09/2018 Expires 07/11/2032 |
| Wheel Axle for a Constant-Velocity Drive Type Driveshaft Joint with Adjustable Axial Positions (P4407US) | Adam Skelding | 14/209,881<br>03/13/2014 | 9,180,736<br>11/10/2015 | ARRMA Durango Limited | 1st maintenance fee due 05/10/2019 Expires 03/28/2034 |
| Locking Differential Gear Carrier Having an Integrated Locking Actuator (P4409US) | Wojciech Nodzykowski | 14/246,959<br>04/07/2014 | 9,447,859<br>09/20/2016 | ARRMA Durango Limited | 1st maintenance fee due 03/20/2020 Expires 11/14/2034 |
| Adjustable Idler Gear (P4614US) | | 07/15/2015 | | ARRMA Durango Limited | |

# ARRMA DURANGO LTD.

# SCHEDULE AB61: INTERNET DOMAIN NAMES AND WEBSITES

| Internet Domain Names And Websites | Net Book Value of Debtor's Interest | Valuation Method Used for Current Value | Current Value of Debtor's Interest |
|---|---|---|---|
| ARRMA.CO | $0.00 | NET BOOK VALUE | $0.00 |
| ARRMABUILD.INFO | $0.00 | NET BOOK VALUE | $0.00 |
| ARRMA-DURANGO.CO.UK | $0.00 | NET BOOK VALUE | $0.00 |
| ARRMA-DURANGO.COM | $0.00 | NET BOOK VALUE | $0.00 |
| ARRMA-DURANGO.EU | $0.00 | NET BOOK VALUE | $0.00 |
| ARRMA-DURANGO.NET | $0.00 | NET BOOK VALUE | $0.00 |
| ARRMARC.CO.UK | $0.00 | NET BOOK VALUE | $0.00 |
| ARRMA-RC.CO.UK | $0.00 | NET BOOK VALUE | $0.00 |
| ARRMARC.COM | $0.00 | NET BOOK VALUE | $0.00 |
| ARRMA-RC.COM | $0.00 | NET BOOK VALUE | $0.00 |
| ARRMARC.NET | $0.00 | NET BOOK VALUE | $0.00 |
| ARRMA-RC.NET | $0.00 | NET BOOK VALUE | $0.00 |
| ARRMASUPPORT.INFO | $0.00 | NET BOOK VALUE | $0.00 |
| DBOOTS.CO.UK | $0.00 | NET BOOK VALUE | $0.00 |
| D-BOOTS.CO.UK | $0.00 | NET BOOK VALUE | $0.00 |
| DBOOTS.COM | $0.00 | NET BOOK VALUE | $0.00 |
| D-BOOTS.COM | $0.00 | NET BOOK VALUE | $0.00 |
| DBOOTS.NET | $0.00 | NET BOOK VALUE | $0.00 |
| D-BOOTS.NET | $0.00 | NET BOOK VALUE | $0.00 |
| DRADIOCONTROL.CO.UK | $0.00 | NET BOOK VALUE | $0.00 |
| DRADIOCONTROL.COM | $0.00 | NET BOOK VALUE | $0.00 |
| GO4IT-RC.CO.UK | $0.00 | NET BOOK VALUE | $0.00 |
| GO4IT-RC.COM | $0.00 | NET BOOK VALUE | $0.00 |
| GOFORIT-RC.CO.UK | $0.00 | NET BOOK VALUE | $0.00 |
| GOFORIT-RC.COM | $0.00 | NET BOOK VALUE | $0.00 |
| MARLOWMANIFOLDS.COM | $0.00 | NET BOOK VALUE | $0.00 |
| MYARRMA.COM | $0.00 | NET BOOK VALUE | $0.00 |
| MYARRMA-RC.COM | $0.00 | NET BOOK VALUE | $0.00 |
| TDBUILD.INFO | $0.00 | NET BOOK VALUE | $0.00 |
| TDSUPPORT.INFO | $0.00 | NET BOOK VALUE | $0.00 |
| TEAM-DURANGO.CO.UK | $0.00 | NET BOOK VALUE | $0.00 |
| TEAM-DURANGO.COM | $0.00 | NET BOOK VALUE | $0.00 |
| TEAM-DURANGO.NET | $0.00 | NET BOOK VALUE | $0.00 |
| | | TOTAL: | $0.00 |

**Fill in this information to identify the case:**

Debtor name    ARRMA DURANGO LTD.

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (If known):    18-10158

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1** **Creditor's name**
BMO HARRIS BANK, NA

**Creditor's mailing address**
115 S LASALLE ST
4W
CHICAGO, IL 60603

**Creditor's email address, if known**

**Date debt was incurred**   7/11/2014

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.
BMO HARRIS BANK, NA, WELLS FARGO, NA, PNC BANK, NA, U.S. BANK NA

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
PRE-PETITION SECURED CREDIT FACILITY

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 75,700,103.97    Column B: $ UNKNOWN

**2.2** **Creditor's name**
CYPRIUM INVESTORS IV AIV I LP

**Creditor's mailing address**
200 PUBLIC SQUARE
SUITE 2020
CLEVELAND, OH 44114

**Creditor's email address, if known**

**Date debt was incurred**   7/11/2014

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
ALL ASSETS

**Describe the lien**
SUBORDINATED NOTE

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $ 42,007,758.73    Column B: $ UNKNOWN

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $117,707,862.70

| Debtor | ARRMA DURANGO LTD. | Case number (if known) | 18-10158 |
| --- | --- | --- | --- |
| | Name | | |

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- | --- |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.3**

**Creditor's name**

PNC BANK, NA

**Creditor's mailing address**
101 W WASHINGTON ST
INDIANAPOLIS, IN 46255

**Creditor's email address, if known**

**Date debt was incurred**      7/11/2014

**Last 4 digits of account number**      __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☒ Yes. The relative priority of creditors is specified on lines _2.1_

**Describe debtor's property that is subject to a lien**

ALL ASSETS

$    75,700,103.97    $    UNKNOWN

**Describe the lien**
PRE-PETITION SECURED CREDIT FACILITY

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4**

**Creditor's name**

U.S. BANK NA

**Creditor's mailing address**

ONE US BANK PLAZA
ST LOUIS, MO 63101

**Creditor's email address, if known**

**Date debt was incurred**      7/11/2014

**Last 4 digits of account number**      __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☒ Yes. The relative priority of creditors is specified on lines _2.1_

**Describe debtor's property that is subject to a lien**

ALL ASSETS

$    75,700,103.97    $    UNKNOWN

**Describe the lien**
PRE-PETITION SECURED CREDIT FACILITY

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

| Debtor | ARRMA DURANGO LTD. | Case number (if known) | 18-10158 |
| | Name | | |

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

2.5

**Creditor's name**

WELLS FARGO, NA

**Creditor's mailing address**

ONE WELLS FARGO CENTER
MAC: D10530399
301 SOUTH COLLEGE STREET
CHARLOTTE, NC 28202
ATTENTION OF: JOEL BRIGHTON

**Creditor's email address, if known**

**Date debt was incurred**   7/11/2014
**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.


  ☒ Yes. The relative priority of creditors is specified on lines  2.1

**Describe debtor's property that is subject to a lien**

ALL ASSETS                                         $    75,700,103.97      $    UNKNOWN

**Describe the lien**
PRE-PETITION SECURED CREDIT FACILITY

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

2._____

**Creditor's name**


**Creditor's mailing address**



**Creditor's email address, if known**

**Date debt was incurred**   _____
**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.


  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

                                                   $_____      $_____

**Describe the lien**


**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | ARRMA DURANGO LTD. | Case number *(if known)* 18-10158 |
|---|---|---|
| | Name | |

<table>
<tr><td style="background:#000;color:#fff">Part 2:</td><td>List Others to Be Notified for a Debt Already Listed in Part 1</td></tr>
</table>

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION<br>ATTN: CASEY KELLY<br>90 SOUTH 7TH STREET<br>16TH FLOOR<br>MINNEAPOLIS, MN 55402 | Line 2. 5 | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**

**Fill in this information to identify the case:**

Debtor    ARRMA DURANGO LTD.

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number   18-10158(KG)
(If known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>ADAM SKELDING<br>103 LINCOLN WAY, NORTH WINGFIELD<br>CHESTERFIELD S42 5RR<br>GREAT BRITAIN AND NORTHERN IRELAND | **As of the petition filing date, the claim is:** $   265.40<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $   265.40 |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>WAGES, SALARIES, AND COMMISSIONS | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A ) | | |
| **2.2** | **Priority creditor's name and mailing address**<br>BEN COSGROVE<br>2 GIBSON CLOSE, SHEPSHED<br>LOUGHBOROUGH LE12 9US<br>GREAT BRITAIN AND NORTHERN IRELAND | **As of the petition filing date, the claim is:** $   359.08<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $   359.08 |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>WAGES, SALARIES, AND COMMISSIONS | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A ) | | |
| **2.3** | **Priority creditor's name and mailing address**<br>CHRIS DOUGHTY<br>8 HAVELOCK GARDENS, THURMASTON<br>LEICESTERSHIRE LE4 8DX<br>GREAT BRITAIN AND NORTHERN IRELAND | **As of the petition filing date, the claim is:** $   1,313.63<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $   1,313.63 |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>WAGES, SALARIES, AND COMMISSIONS | |
| | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A ) | | |

| Debtor | ARRMA DURANGO LTD. | Case number (if known) 18-10158(KG) |
|--------|--------------------|-------------------------------------|
|        | Name               |                                     |

| Part 1. | Additional Page |
|---------|-----------------|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|--|-------------|-----------------|

**2.4**     **Priority creditor's name and mailing address**

$ 325.76     $ 325.76

FABIEN SIMONINI
39B GRIFFIN CLOSE, SHEPSHED,
LOUGHBOROUGH
LEICESTERSHIRE LE12 9QQ
GREAT BRITAIN AND NORTHERN IRELAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.5**     **Priority creditor's name and mailing address**

$ 0.00     $ 0.00

HIJAZ HUSSEIN
53 ROYAL MEWS, STATION ROAD, ASHBY-DE-LA-ZOUCH
LEICESTERSHIRE LE65 2GJ
GREAT BRITAIN AND NORTHERN IRELAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.6**     **Priority creditor's name and mailing address**

$ 0.00     $ 0.00

JAMES AMBROSE
69A COUNTRYMANS WAY, SHEPSHED,
LOUGHBOROUGH
LEICESTERSHIRE LE12 9RA
GREAT BRITAIN AND NORTHERN IRELAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.7**     **Priority creditor's name and mailing address**

$ 510.20     $ 510.20

JAMI JONES
3 NORTH STREET CROMFORD
DERBYSHIRE DE4 3RG
GREAT BRITAIN AND NORTHERN IRELAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   ARRMA DURANGO LTD.                                    Case number *(if known)* 18-10158(KG)
_____
Name

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.8**    **Priority creditor's name and mailing address**

JASON DEARDEN
20 TOWER GARDENS, ASHBY DE LA ZOUCH
LEICESTERSHIRE LE65 2GZ
GREAT BRITAIN AND NORTHERN IRELAND

$_____ 0.00     $_____ 0.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

---

**2.9**    **Priority creditor's name and mailing address**

JEFFREY MORGAN
HALL LODGE, SKETCHLEY OLD VILLAGE, BURBAGE
HINCKLEY
LEICESTERSHIRE LE10 3HT
GREAT BRITAIN AND NORTHERN IRELAND

$_____ 0.00     $_____ 0.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

---

**2.10**    **Priority creditor's name and mailing address**

MATT HARLOW
13 MEADOW RISE, CHURCH BROUGHTON
DERBY DE65 5DF
GREAT BRITAIN AND NORTHERN IRELAND

$_____ 746.48     $_____ 746.48

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

---

**2.11**    **Priority creditor's name and mailing address**

NERV ENGINEERING LTD (WOJCIECH NODZYKOWSKI)
APPLE TREE LODGE
KILN LANE SL8 5JE
GREAT BRITAIN AND NORTHERN IRELAND

$_____ 0.00     $_____ 0.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4A_)

| Debtor | ARRMA DURANGO LTD. | Case number *(if known)* 18-10158(KG) |
|---|---|---|
| | Name | |

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.12** Priority creditor's name and mailing address

PAUL ROBINSON

117 KESTREL WAY, CHESLYN HAY
WAISALL WS6 7LQ
GREAT BRITAIN AND NORTHERN IRELAND

$ 500.45    $ 500.45

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.13** Priority creditor's name and mailing address

PENNY BALL
31 TRINITY CLOSE, ASHBY DE LA ZOUCH
LEICESTERSHIRE LE65 2GR
GREAT BRITAIN AND NORTHERN IRELAND

$ 1,213.35    $ 1,213.35

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.14** Priority creditor's name and mailing address

ROBERT HOPKINS
10 BRIDGE MEADOW DRIVE, KNOWLE
SOLIHULL B93 9QG
GREAT BRITAIN AND NORTHERN IRELAND

$ 977.74    $ 977.74

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**2.15** Priority creditor's name and mailing address

STEWART NOBLE
24 LIVERSAGE STREET, CASTLEWARD
DERBY DE1 2LH
GREAT BRITAIN AND NORTHERN IRELAND

$ 466.58    $ 466.58

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
WAGES, SALARIES, AND COMMISSIONS

**Last 4 digits of account number** _____

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4A )

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | ARRMA DURANGO LTD. | Case number *(if known)* 18-10158(KG) |
|---|---|---|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**

**Nonpriority creditor's name and mailing address**
BRITISH TELECOMMUNICATIONS PLC

81 NEWGATE STREET
LONDON EC1A 7AJ
GREAT BRITAIN AND NORTHERN IRELAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** ACCOUNTS PAYABLE

$ 1,206.20

Date or dates debt was incurred    1/19/2018

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.2**

**Nonpriority creditor's name and mailing address**
BSD RACING TECHNOLOGIES CO LTD

4/F 5TH BUILDING, CHANGXING HIGH TECH IND ZONE, WAN'AN
ROAD, SHAJING
SHENZHEN 518106
CHINA

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** ACCOUNTS PAYABLE

$ 41,975.00

Date or dates debt was incurred    12/27/2017

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.3**

**Nonpriority creditor's name and mailing address**
MILK AND MORE

14-40 VICTORIA ROAD, ALDERSHOT
HAMPSHIRE GU11 1TH
GREAT BRITAIN AND NORTHERN IRELAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** ACCOUNTS PAYABLE

$ 66.42

Date or dates debt was incurred    12/21/2017

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.4**

**Nonpriority creditor's name and mailing address**
NORTH WEST LEICESTERSHIRE DISTRICT COUNCIL

COUNCIL OFFICES, WHITWICK ROAD, COALVILLE
LEICESTERSHIRE LE67 3JF
GREAT BRITAIN AND NORTHERN IRELAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** ACCOUNTS PAYABLE

$ 131.60

Date or dates debt was incurred    10/2/2017

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.5**

**Nonpriority creditor's name and mailing address**
PLUSNET TECHNOLOGIES LTD

2 PINFOLD STREET, SHEFFIELD
S YORKSHIRE S1 2GU
GREAT BRITAIN AND NORTHERN IRELAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** ACCOUNTS PAYABLE

$ 3.63

Date or dates debt was incurred    12/22/2017

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.6**

**Nonpriority creditor's name and mailing address**
SIMPLY HEALTH

HAMBLEDON HOUSE, WATERLOO COURT, ANDOVER
HAMPSHIRE SP10 1LQ
GREAT BRITAIN AND NORTHERN IRELAND

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** ACCOUNTS PAYABLE

$ 247.37

Date or dates debt was incurred    1/14/2018

Last 4 digits of account number    _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor  ARRMA DURANGO LTD.

Name

Case number *(if known)* 18-10158(KG)

---

**Part 2:    Additional Page**

7 cdmh ]g`dU[ Ycb`m]g cfY`gdUW[]g`bYYXYX"7 cbh]bi Y`bi a VYf]b[ `h Y`bYg`gYei Ybh]U`mZca `h Y dfYj ]ci g`dU[ Y"=Zbc`UXX]h]cbU`BCBDF=CF=HM WYX]hcfg'Y] ]ghZXc`bch]2 ``ci hcf'gi Va ]h]\`]g`dU[ Y"

5a ci blicZWU[a

| 3.7 | Bcbdf]cf]miWYX]hcfg'bUa U`UbX`a U]`]b[ `UXXfYgg | 5 g`cZh Y`dYh]h]cb`Z]`]b[ `XUhYzh Y`WUUja `]g... | $ | 563.76 |

SPOTLESS MIDLAND LTD
GLENSYL WAY, BURTON ON TRENT
STAFFORDSHIRE DE14 1LX
GREAT BRITAIN AND NORTHERN IRELAND

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g z cf h Y WUUja ___ ACCOUNTS PAYABLE

8 UhY cf XUhYg XYVh k Ug ]bWi ffYX   11/27/2017

@Ugh ( X][]hg cZ UWW i bh bi a VYf

=g h Y WUUja `gi V Y WW h c cZZgYh8
☒ No
☐ Yes

---

| 3.8 | Bcbdf]cf]miWYX]hcfg'bUa U`UbX`a U]`]b[ `UXXfYgg | 5 g`cZh Y`dYh]h]cb`Z]`]b[ `XUhYzh Y`WUUja `]g... | $ | 1,173.46 |

UPS LIMITED
UPS HOUSE, FOREST ROAD, FELTHAM
MIDDLESEX TW13 7DY
GREAT BRITAIN AND NORTHERN IRELAND

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g z cf h Y WUUja ___ ACCOUNTS PAYABLE

8 UhY cf XUhYg XYVh k Ug ]bWi ffYX   1/9/2018

@Ugh ( X][]hg cZ UWW i bh bi a VYf

=g h Y WUUja `gi V Y WW h c cZZgYh8
☒ No
☐ Yes

---

| 3.9 | Bcbdf]cf]miWYX]hcfg'bUa U`UbX`a U]`]b[ `UXXfYgg | 5 g`cZh Y`dYh]h]cb`Z]`]b[ `XUhYzh Y`WUUja `]g... | $ | 352.87 |

URBAN PLANTER LEICESTERSHIRE
UNIT 4, OAKS INDUSTRIAL ESTATE, SNIBSTON DRIVE,
RAVENSTONE ROAD, COALVILLE
LEICESTERSHIRE LE67 3NB
GREAT BRITAIN AND NORTHERN IRELAND

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g z cf h Y WUUja ___ ACCOUNTS PAYABLE

8 UhY cf XUhYg XYVh k Ug ]bWi ffYX   1/1/2018

@Ugh ( X][]hg cZ UWW i bh bi a VYf

=g h Y WUUja `gi V Y WW h c cZZgYh8
☒ No
☐ Yes

---

| 3.10 | Bcbdf]cf]miWYX]hcfg'bUa U`UbX`a U]`]b[ `UXXfYgg | 5 g`cZh Y`dYh]h]cb`Z]`]b[ `XUhYzh Y`WUUja `]g... | $ | 28,145.00 |

ZHEIJANG FEISHEN VEHICLE INDUSTRY CO LTD
NORTH LAKE ROAD, HARDWARE SCIENTIFIC & TECHNOLOGICAL
INDUSTRIAL ZONE, YONGKANG CITY
ZHEIJANG PROVINCE 321300
CHINA

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g z cf h Y WUUja ___ ACCOUNTS PAYABLE

8 UhY cf XUhYg XYVh k Ug ]bWi ffYX   10/9/2013

@Ugh ( X][]hg cZ UWW i bh bi a VYf

=g h Y WUUja `gi V Y WW h c cZZgYh8
☒ No
☐ Yes

---

| 3.___ | Bcbdf]cf]miWYX]hcfg'bUa U`UbX`a U]`]b[ `UXXfYgg | 5 g`cZh Y`dYh]h]cb`Z]`]b[ `XUhYzh Y`WUUja `]g... | $ | |

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6 Ug]g z cf h Y WUUja ___

8 UhY cf XUhYg XYVh k Ug ]bWi ffYX

@Ugh ( X][]hg cZ UWW i bh bi a VYf

=g h Y WUUja `gi V Y WW h c cZZgYh8
☐ No
☐ Yes

Debtor    ARRMA DURANGO LTD.                                  Case number (if known) 18-10158(KG)
_____
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. |  | $_____6,678.67 |
| 5b. **Total claims from Part 2** | 5b. | **+** | $_____73,865.31 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. |  | $_____80,543.98 |

Schedule E/F: Creditors Who Have Unsecured Claims

**Fill in this information to identify the case:**

Debtor name  ARRMA DURANGO LTD.

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (If known)  18-10158(KG)  Chapter  CHAPTER 11

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases
**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.  Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYEE CONTRACT FOR ADL | ADAM SKELDING |
| | State the term remaining | ON-GOING | SUITE 3, ENTERPRISE GLADE, MOIRA, DERBYSHIRE, DE12 6BA, UNITED KINGDOM |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | IT SOFTWARE / HARDWARE / SERVICE | ADOBE SYSTEMS SOFTWARE IRELAND LTD |
| | State the term remaining | RENEWED ANNUALLY - JUNE | 4-6 RIVERWALK CITYWEST BUSINESS PARK DUBLIN, 24, IRELAND |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | AUTHORIZED DISTRIBUTION OF ARRMA PRODUCT IN UAE | AEON TRADING LLC. |
| | State the term remaining | AUTOMATIC ANNUAL RENEWAL | SHOP 4, 4U SERVICE CENTER , NAD AL HAMAR , DUBAI UAE |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | AUTHORIZED DISTRIBUTION OF ARRMA PRODUCT IN BRAZIL | AEROMODELLI LTDA |
| | State the term remaining | AUTOMATIC ANNUAL RENEWAL | , 550 -MOEMA 04086-011 , SAO PAULO - SP- BRAZIL |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYEE CONTRACT FOR ADL | BEN COSGROVE |
| | State the term remaining | ON-GOING | SUITE 3, ENTERPRISE GLADE, MOIRA, DERBYSHIRE, DE12 6BA, UNITED KINGDOM |
| | List the contract number of any government contract | | |

Debtor  ARRMA DURANGO LTD.                                          Case number (if known)  18-10158(KG)
        Name

| ████ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.6   **State what the contract or lease is for and the nature of the debtor's interest**   COMMUNICATIONS<br><br>**State the term remaining**   TERMINATES APRIL 2019<br><br>**List the contract number of any government contract** | BRITISH TELECOMMUNICATIONS PLC<br><br>81 NEWGATE STREET LONDON, EC1A 7AJ, UK |
| 2.7   **State what the contract or lease is for and the nature of the debtor's interest**   EMPLOYEE CONTRACT FOR ADL<br><br>**State the term remaining**   ON-GOING<br><br>**List the contract number of any government contract** | CHRIS DOUGHTY<br><br>SUITE 3, ENTERPRISE GLADE, MOIRA, DERBYSHIRE, DE12 6BA, UNITED KINGDOM |
| 2.8   **State what the contract or lease is for and the nature of the debtor's interest**   VENDOR<br><br>**State the term remaining**   ON-GOING<br><br>**List the contract number of any government contract** | CHUBB FIRE AND SECURITY LTD<br><br>NUMBER 1 AT THE BEEHIVE LIONS DRIVE BLACKBURN, LANCASHIRE, BB1 2QS, UK |
| 2.9   **State what the contract or lease is for and the nature of the debtor's interest**   AUTHORIZED DISTRIBUTION OF ARRMA PRODUCT IN CHINA<br><br>**State the term remaining**   AUTOMATIC ANNUAL RENEWAL<br><br>**List the contract number of any government contract** | CLOUD HOBBIES TECHNOLOGY LTD.<br><br>RM. 825 FLOOR 8 SHING YIP BLDG , 19-21 SHING YIP STREET , KOWLOON HONG KONG |
| 2.10   **State what the contract or lease is for and the nature of the debtor's interest**   EXCLUSIVE DISTRIBUTION OF ARRMA PRODUCT IN ENGLAND<br><br>**State the term remaining**   AUTOMATIC ANNUAL RENEWAL<br><br>**List the contract number of any government contract** | CML DISTRIBUTION LTD<br><br>SAXON HOUSE, SAXON BUSINESS PA , BROMSGROVE, WORCESTERSHIRE , ENGLAND B60 4AD |
| 2.11   **State what the contract or lease is for and the nature of the debtor's interest**   ACCOUNTANT<br><br>**State the term remaining**   ON-GOING<br><br>**List the contract number of any government contract** | DAINS ACCOUNTANTS<br><br>1ST GIBRALTER HOUSE CROWN SQUARE FIRST AVENUE BURTON ON TRENT, STAFFORDSHIRE, DE14 2WE, UK |
| 2.12   **State what the contract or lease is for and the nature of the debtor's interest**   IT SOFTWARE / HARDWARE / SERVICE<br><br>**State the term remaining**   ON-GOING<br><br>**List the contract number of any government contract** | DOCRAPTOR<br><br>407 FULTON ST SUITE 103 INDIANAPOLIS, IN, 46202, US |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor   ARRMA DURANGO LTD.                                             Case number *(if known)*   18-10158(KG)
_____Name_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.13 **State what the contract or lease is for and the nature of the debtor's interest** EXCLUSIVE DISTRIBUTION OF ARRMA PRODUCT IN FINLAND <br><br> **State the term remaining** AUTOMATIC ANNUAL RENEWAL <br><br> **List the contract number of any government contract** | EA-IMPORT OY <br><br> KUUSITIE 12 , VANTAA FINLAND 01400 |
| 2.14 **State what the contract or lease is for and the nature of the debtor's interest** IT SOFTWARE / HARDWARE / SERVICE <br><br> **State the term remaining** RENEWED ANNUALLY - JANUARY <br><br> **List the contract number of any government contract** | ESET <br><br> SOVEREIGN HOUSE, 242 CHARMINSTER ROAD BOURNEMOUTH, HAMPSHIRE, BH8 9RP, UK |
| 2.15 **State what the contract or lease is for and the nature of the debtor's interest** EMPLOYEE CONTRACT FOR ADL <br><br> **State the term remaining** ON-GOING <br><br> **List the contract number of any government contract** | FABIEN SIMONINI <br><br> SUITE 3, ENTERPRISE GLADE, MOIRA, DERBYSHIRE, DE12 6BA, UNITED KINGDOM |
| 2.16 **State what the contract or lease is for and the nature of the debtor's interest** IT SOFTWARE / HARDWARE / SERVICE <br><br> **State the term remaining** ON-GOING <br><br> **List the contract number of any government contract** | FASTHOSTS INTERNET LIMITED <br><br> DISCOVERY HOUSE 154 SOUTHGATE STREET GLOUCESTER, GLOUCESTERSHIRE, GL1 2EX, UK |
| 2.17 **State what the contract or lease is for and the nature of the debtor's interest** ATTORNEY <br><br> **State the term remaining** ON-GOING <br><br> **List the contract number of any government contract** | GELDARDS LLP <br><br> THE ARC ENTERPRISE WAY NOTTINGHAM, NOTTINGHAMSHIRE, NG2 1EN, UK |
| 2.18 **State what the contract or lease is for and the nature of the debtor's interest** IT SOFTWARE / HARDWARE / SERVICE <br><br> **State the term remaining** ON-GOING <br><br> **List the contract number of any government contract** | GS1 UK <br><br> STAPLE COURT 11 STAPLE INN BUILDINGS LONDON, WC1V 7QH, UK |
| 2.19 **State what the contract or lease is for and the nature of the debtor's interest** EMPLOYEE CONTRACT FOR ADL <br><br> **State the term remaining** ON-GOING <br><br> **List the contract number of any government contract** | HIJAZ HUSSEIN <br><br> SUITE 3, ENTERPRISE GLADE, MOIRA, DERBYSHIRE, DE12 6BA, UNITED KINGDOM |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor  ARRMA DURANGO LTD.································  Case number *(if known)* 18-10158(KG)··············
       Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.°20   State what the contract or lease is for and the nature of the debtor's interest    EMPLOYEE CONTRACT FOR ADL <br><br> State the term remaining    ON-GOING <br><br> List the contract number of any government contract | JAMES AMBROSE <br><br> SUITE 3, ENTERPRISE GLADE, MOIRA, DERBYSHIRE, DE12 6BA, UNITED KINGDOM |
| 2.°21   State what the contract or lease is for and the nature of the debtor's interest    EMPLOYEE CONTRACT FOR ADL <br><br> State the term remaining    ON-GOING <br><br> List the contract number of any government contract | JAMI JONES <br><br> SUITE 3, ENTERPRISE GLADE, MOIRA, DERBYSHIRE, DE12 6BA, UNITED KINGDOM |
| 2.°22   State what the contract or lease is for and the nature of the debtor's interest    EMPLOYEE CONTRACT FOR ADL <br><br> State the term remaining    ON-GOING <br><br> List the contract number of any government contract | JASON DEARDEN <br><br> SUITE 3, ENTERPRISE GLADE, MOIRA, DERBYSHIRE, DE12 6BA, UNITED KINGDOM |
| 2.°23   State what the contract or lease is for and the nature of the debtor's interest    EMPLOYEE CONTRACT FOR ADL <br><br> State the term remaining    ON-GOING <br><br> List the contract number of any government contract | JEFFREY MORGAN <br><br> SUITE 3, ENTERPRISE GLADE, MOIRA, DERBYSHIRE, DE12 6BA, UNITED KINGDOM |
| 2.°24   State what the contract or lease is for and the nature of the debtor's interest    AUTHORIZED DISTRIBUTION OF ARRMA PRODUCT IN PORTUGAL <br><br> State the term remaining    AUTOMATIC ANNUAL RENEWAL <br><br> List the contract number of any government contract | JP RACING RC, LDA <br><br> RUA DAS URZES, N 341 , ESTELA , PORTUGAL 4570-226 |
| 2.°25   State what the contract or lease is for and the nature of the debtor's interest    EXCLUSIVE DISTRIBUTION OF ARRMA PRODUCT IN BELGIUM <br><br> State the term remaining    AUTOMATIC ANNUAL RENEWAL <br><br> List the contract number of any government contract | JSP GROUP INTL BVBA <br><br> GEELSEWEG 80 , OLEN BELGIUM 2250 |
| 2.°26   State what the contract or lease is for and the nature of the debtor's interest    AUTHORIZED DISTRIBUTION OF ARRMA PRODUCT IN ITALY <br><br> State the term remaining    AUTOMATIC ANNUAL RENEWAL <br><br> List the contract number of any government contract | KAIR RC LOGISTIC SRP <br><br> VIA NUOVA PROVINCIACE , 30/A CARRARA , ITALY |

Debtor  ARRMA DURANGO LTD.
        Name

Case number (if known) 18-10158(KG)



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.27 State what the contract or lease is for and the nature of the debtor's interest: AUTHORIZED DISTRIBUTION OF ARRMA PRODUCT IN CHINA<br><br>State the term remaining: AUTOMATIC ANNUAL RENEWAL<br><br>List the contract number of any government contract | KLP DBA TIANJIN KE LEPU TRADING CO.LTD<br><br>F212-213 KUCHEGONGCHANG , 1JIA JINCHANXI RD CHAOYANGDIST , BEIJING CHINA 100023 |
| 2.28 State what the contract or lease is for and the nature of the debtor's interest: BANK<br><br>State the term remaining: ON-GOING<br><br>List the contract number of any government contract | LLOYDS BANK<br><br>20 BELVOIR ROAD COALVILLE, LEICESTERSHIRE, LE67 3QH, UK |
| 2.29 State what the contract or lease is for and the nature of the debtor's interest: EMPLOYEE CONTRACT FOR ADL<br><br>State the term remaining: ON-GOING<br><br>List the contract number of any government contract | MATT HARLOW<br><br>SUITE 3, ENTERPRISE GLADE, MOIRA, DERBYSHIRE, DE12 6BA, UNITED KINGDOM |
| 2.30 State what the contract or lease is for and the nature of the debtor's interest: IT SOFTWARE / HARDWARE / SERVICE<br><br>State the term remaining: ROLLING 30 DAY AGREEMENT<br><br>List the contract number of any government contract | MICROSOFT IRELAND OPERATIONS LTD<br><br>ATRIUM BUILDING BLOCK B CARMANHALL ROAD SANDYFORD INDUSTRIAL ESTATE DUBLIN, 18, IRELAND |
| 2.31 State what the contract or lease is for and the nature of the debtor's interest: EXCLUSIVE DISTRIBUTION OF ARRMA PRODUCT IN SWEDEN<br><br>State the term remaining: AUTOMATIC ANNUAL RENEWAL<br><br>List the contract number of any government contract | MINICARS DISTRIBUTION AB<br><br>ANNELUNDSGATAN 17C , ENKOPING , SWEDEN |
| 2.32 State what the contract or lease is for and the nature of the debtor's interest: TRANSLATOR<br><br>State the term remaining: ON-GOING<br><br>List the contract number of any government contract | MR NICOLAS GOFFINET<br><br>23 PIACE DU CAPRICE NOISY LE GRAND, 93160, FRANCE |
| 2.33 State what the contract or lease is for and the nature of the debtor's interest: INDEPENDENT CONTRACTOR FOR SENIOR MECHANICAL ENGINEER AT ADL<br><br>State the term remaining: ON-GOING<br><br>List the contract number of any government contract | NERV ENGINEERING LTD (WOJCIECH NODZYKOWSKI)<br><br>APPLE TREE LODGE KILN LANE UK SL8 5JE |

Debtor ARRMA DURANGO LTD.
Name

Case number (if known) 18-10158(KG)



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.34** State what the contract or lease is for and the nature of the debtor's interest: IT SOFTWARE / HARDWARE / SERVICE<br>State the term remaining: MARCH 2018, ANNUAL SUBSCRIPTION<br>List the contract number of any government contract | NET THREAT<br>MINERVA MILL STATION ROAD ALCESTER, WORCESTER, B49 5ET, UK |
| **2.35** State what the contract or lease is for and the nature of the debtor's interest: EXCLUSIVE DISTRIBUTION OF ARRMA PRODUCT IN DENMARK<br>State the term remaining: AUTOMATIC ANNUAL RENEWAL<br>List the contract number of any government contract | NORDIC HOBBY A/S<br>BOGENSEVEJ 13 , RANDERS DENMARK 8940 |
| **2.36** State what the contract or lease is for and the nature of the debtor's interest: TRANSLATOR<br>State the term remaining: ON-GOING<br>List the contract number of any government contract | OSCAR ALVAREZ VAZQUEZ<br>PLAZA DE RAMON DOMINGUEZ, NO2, 4A SANTIAGO DE COMPOSTELA (A CORUNA), 15702, SPAIN |
| **2.37** State what the contract or lease is for and the nature of the debtor's interest: EMPLOYEE CONTRACT FOR ADL<br>State the term remaining: ON-GOING<br>List the contract number of any government contract | PAUL ROBINSON<br>SUITE 3, ENTERPRISE GLADE, MOIRA, DERBYSHIRE, DE12 6BA, UNITED KINGDOM |
| **2.38** State what the contract or lease is for and the nature of the debtor's interest: AUTHORIZED DISTRIBUTION OF ARRMA PRODUCT IN CZECH REPUBLIC<br>State the term remaining: AUTOMATIC ANNUAL RENEWAL<br>List the contract number of any government contract | PELIKAN DANIEL<br>DOUBRAVICE 110 , PARDUBICE , CZECH REPUBLIC 53353 |
| **2.39** State what the contract or lease is for and the nature of the debtor's interest: EMPLOYEE CONTRACT FOR ADL<br>State the term remaining: ON-GOING<br>List the contract number of any government contract | PENNY BALL<br>SUITE 3, ENTERPRISE GLADE, MOIRA, DERBYSHIRE, DE12 6BA, UNITED KINGDOM |
| **2.40** State what the contract or lease is for and the nature of the debtor's interest: INSURANCE<br>State the term remaining: 10/1/2018<br>List the contract number of any government contract | PIB INSURANCE BROKERS<br>HORTON HOUSE EXCHANGE FLAGS LIVERPOOL, MERSEYSIDE, L2 3PF, UK |

Schedule G: Executory Contracts and Unexpired Leases

Debtor  ARRMA DURANGO LTD.................................................    Case number (if known)  18-10158(KG)............
      Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2. 41 **State what the contract or lease is for and the nature of the debtor's interest**  IT SOFTWARE / HARDWARE / SERVICE  **State the term remaining**  ON-GOING  **List the contract number of any government contract** | PLUSNET TECHNOLOGIES LTD  2 PINFOLD STREET SHEFFIELD, S YORKSHIRE, S1 2GU, UK |
| 2. 42 **State what the contract or lease is for and the nature of the debtor's interest**  AUTHORIZED DISTRIBUTION OF ARRMA PRODUCT IN ITALY  **State the term remaining**  AUTOMATIC ANNUAL RENEWAL  **List the contract number of any government contract** | RADIOSISTEMI SRL  VIA NUOVA PROVINCIACE , 30/A CARRARA , ITALY |
| 2. 43 **State what the contract or lease is for and the nature of the debtor's interest**  EMPLOYEE CONTRACT FOR ADL  **State the term remaining**  ON-GOING  **List the contract number of any government contract** | ROBERT HOPKINS  SUITE 3, ENTERPRISE GLADE, MOIRA, DERBYSHIRE, DE12 6BA, UNITED KINGDOM |
| 2. 44 **State what the contract or lease is for and the nature of the debtor's interest**  TRANSLATOR  **State the term remaining**  ON-GOING  **List the contract number of any government contract** | SASKIA BALL / TRAEBERT  AM HAGENPAD 36 IBBENBUREN, 49479, GERMANY |
| 2. 45 **State what the contract or lease is for and the nature of the debtor's interest**  PENSION  **State the term remaining**  ON-GOING  **List the contract number of any government contract** | SCOTTISH WIDOWS  PO BOX 902 15 DALKEITH ROAD EDINBURGH, SCOTLAND, EH16 5BU, UK |
| 2. 46 **State what the contract or lease is for and the nature of the debtor's interest**  TRANSLATOR  **State the term remaining**  ON-GOING  **List the contract number of any government contract** | SEBASTIAN SURSTEDT  HARNACKRING 71 HAMBURG, 21031, GERMANY |
| 2. 47 **State what the contract or lease is for and the nature of the debtor's interest**  AUTHORIZED DISTRIBUTION OF ARRMA PRODUCT IN ISRAEL  **State the term remaining**  AUTOMATIC ANNUAL RENEWAL  **List the contract number of any government contract** | SHALAT RACHOK HOBBY STORE  17 BEN GURION STREET , HERZLIYAH 46785 , ISRAEL |

Debtor ARRMA DURANGO LTD.
Name

Case number (if known) 18-10158(KG)



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.48 **State what the contract or lease is for and the nature of the debtor's interest** INSURANCE<br>**State the term remaining** RENEWED ANNUALLY - JUNE 30<br>**List the contract number of any government contract** | SIMPLY HEALTH<br>HAMBLEDEN HOUSE WATERLOO COURT ANDOVER, HAMPSHIRE, SP10 1LQ, UK |
| 2.49 **State what the contract or lease is for and the nature of the debtor's interest** IT SOFTWARE / HARDWARE / SERVICE<br>**State the term remaining** 1/1/2019<br>**List the contract number of any government contract** | SMITH COOPER SYSTEM PARTNERS<br>ST HELENS HOUSE KING STREET DERBY, DERBYSHIRE, DE1 3EE, UK |
| 2.50 **State what the contract or lease is for and the nature of the debtor's interest** VENDOR<br>**State the term remaining** ON-GOING<br>**List the contract number of any government contract** | SOLID SOLUTIONS MANAGEMENT LTD<br>OLYMPUS HOUSE OLYMPUS AVVENUE LEAMINGTON SPA, WARWICKSHIRE, CV34 6RJ, UK |
| 2.51 **State what the contract or lease is for and the nature of the debtor's interest** EXCLUSIVE DISTRIBUTION OF ARRMA PRODUCT IN AUSTRALIA<br>**State the term remaining** AUTOMATIC ANNUAL RENEWAL<br>**List the contract number of any government contract** | SOUTHERN MODEL SUPPLIES<br>35 BENNET AVENUE , MELROSE PARK SA 5039 , AUSTRALIA |
| 2.52 **State what the contract or lease is for and the nature of the debtor's interest** AUTHORIZED DISTRIBUTION OF ARRMA PRODUCT IN RUSSIA<br>**State the term remaining** AUTOMATIC ANNUAL RENEWAL<br>**List the contract number of any government contract** | SPORTHOBBY LIMITED  ON BEHALF OF:<br>GUANGDONG QIAOYU AUTO PARTS , PARKOVAYA STREET, DOM 8 , KHIMKI RUSSIA 141407 |
| 2.53 **State what the contract or lease is for and the nature of the debtor's interest** EMPLOYEE CONTRACT FOR ADL<br>**State the term remaining** ON-GOING<br>**List the contract number of any government contract** | STEWART NOBLE<br>SUITE 3, ENTERPRISE GLADE, MOIRA, DERBYSHIRE, DE12 6BA, UNITED KINGDOM |
| 2.54 **State what the contract or lease is for and the nature of the debtor's interest** VENDOR<br>**State the term remaining** ON-GOING<br>**List the contract number of any government contract** | STUART STYLES<br>75 VALLEY DRIVE WILNECOTE TAMWORTH, STAFFORDSHIRE, B77 5FL, UK |

Debtor  ARRMA DURANGO LTD                                    Case number *(if known)*  18-10158(KG)
        Name

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** TENANT **State the term remaining** **List the contract number of any government contract** 10 YEAR LEASE FROM FEB 2014. BREAK CLAUSE AT FEB 2019. | TAMWORTH OFFICES LIMITED 300 RELAY POINT RELAY DRIVE TAMWORTH, STAFFORDSHIRE, B77 5PA, UK |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** AUTHORIZED DISTRIBUTION OF ARRMA PRODUCT IN S KOREA **State the term remaining** AUTOMATIC ANNUAL RENEWAL **List the contract number of any government contract** | TEAM JAMES RACING 265-26 B1 YANGJAE-DONG , SEOCHO-GU , SEOUL S. KOREA 06776 |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** COMMUNICATIONS **State the term remaining** ON-GOING **List the contract number of any government contract** | TELEFONICA UK LIMITED 260 BATH ROAD SLOUGH, BERKSHIRE, SL1 4DX, UK |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** IT SOFTWARE / HARDWARE / SERVICE **State the term remaining** ON-GOING **List the contract number of any government contract** | UK2 91-95 BRICK LANE LONDON, E1 6QL, UK |
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** PLANT RENTAL **State the term remaining** ON-GOING **List the contract number of any government contract** | URBAN PLANTERS LEICESTERSHIRE UNIT 4, OAKS INDUSTRIAL ESTATE SNIBSTON DRIVE, RAVENTSONE RD COALVILLE, LEICESTERSHIRE, LE67 3NB, UK |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** INSURANCE **State the term remaining** RENEWED ANNUALLY - JUNE 30 **List the contract number of any government contract** | VITALITY HEALTH INSURANCE VITALITY HEALTH SHEFFIELD, S YORKSHIRE, S95 1DB, UK |
| 2. | **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | |

**Schedule G: Executory Contracts and Unexpired Leases**

Fill in this information to identify the case:

Debtor name _ARRMA DURANGO LTD._

United States Bankruptcy Court for the: _DISTRICT OF DELAWARE_

Case number (If known): _18-10158(KG)_

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

| 1. | **Does the debtor have any codebtors?** |
|---|---|
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☒ Yes |

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | *Column 1:* **Codebtor** | *Column 2:* **Creditor** | |
|---|---|---|---|
| | **Name´5 bX´Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 | AXIAL R/C INC.<br>26022 PALA<br>MISSION VIEJO, CA 92691 | WELLS FARGO, NA | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 | ESTES-COX CORP.<br>1295 H STREET<br>PO BOX 227<br>PENROSE, CO 81240 | WELLS FARGO, NA | ☒ D<br>☐ E/F<br>☐ G |
| 2.3 | GREAT PLANES MODEL MANUFACTURING, INC.<br>706 W BRADLEY<br>URBANA, IL 61801 | WELLS FARGO, NA | ☒ D<br>☐ E/F<br>☐ G |
| 2.4 | REVELL INC.<br>1850 HOWARD ST.<br>UNIT A<br>ELK GROVE VILLAGE, IL 60007 | WELLS FARGO, NA | ☒ D<br>☐ E/F<br>☐ G |
| 2.5 | TOWER HOBBIES, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | WELLS FARGO, NA | ☒ D<br>☐ E/F<br>☐ G |
| 2.6 | UNITED MODEL, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | WELLS FARGO, NA | ☒ D<br>☐ E/F<br>☐ G |

| Debtor | ARRMA DURANGO LTD. | Case number (if known) 18-10158(KG) |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | Column 2: Creditor | |
|---|---|---|
| Name UbX`A UJ]b[ `5 XXf Ygg | Name | Check all schedules that apply: |
| 7  AXIAL R/C INC.<br>26022 PALA<br>MISSION VIEJO, CA 92691 | BMO HARRIS BANK, NA | ☒ D<br>☐ E/F<br>☐ G |
| 8  ESTES-COX CORP.<br>1295 H STREET<br>PO BOX 227<br>PENROSE, CO 81240 | BMO HARRIS BANK, NA | ☒ D<br>☐ E/F<br>☐ G |
| 9  GREAT PLANES MODEL MANUFACTURING, INC.<br>706 W BRADLEY<br>URBANA, IL 61801 | BMO HARRIS BANK, NA | ☒ D<br>☐ E/F<br>☐ G |
| 10  REVELL INC.<br>1850 HOWARD ST.<br>UNIT A<br>ELK GROVE VILLAGE, IL 60007 | BMO HARRIS BANK, NA | ☒ D<br>☐ E/F<br>☐ G |
| 11  TOWER HOBBIES, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | BMO HARRIS BANK, NA | ☒ D<br>☐ E/F<br>☐ G |
| 12  UNITED MODEL, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | BMO HARRIS BANK, NA | ☒ D<br>☐ E/F<br>☐ G |
| 13  AXIAL R/C INC.<br>26022 PALA<br>MISSION VIEJO, CA 92691 | PNC BANK, NA | ☒ D<br>☐ E/F<br>☐ G |
| 14  ESTES-COX CORP.<br>1295 H STREET<br>PO BOX 227<br>PENROSE, CO 81240 | PNC BANK, NA | ☒ D<br>☐ E/F<br>☐ G |

| Debtor | ARRMA DURANGO LTD. | Case number (if known) 18-10158(KG) |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | Column 2: Creditor | |
|---|---|---|---|
| | Name UbX˙A UJ˙]b[˙5 XXf Ygg | Name | Check all schedules that apply: |
| 15 | GREAT PLANES MODEL MANUFACTURING, INC.<br>706 W BRADLEY<br>URBANA, IL 61801 | PNC BANK, NA | ☒ D<br>☐ E/F<br>☐ G |
| 16 | REVELL INC.<br>1850 HOWARD ST.<br>UNIT A<br>ELK GROVE VILLAGE, IL 60007 | PNC BANK, NA | ☒ D<br>☐ E/F<br>☐ G |
| 17 | TOWER HOBBIES, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | PNC BANK, NA | ☒ D<br>☐ E/F<br>☐ G |
| 18 | UNITED MODEL, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | PNC BANK, NA | ☒ D<br>☐ E/F<br>☐ G |
| 19 | AXIAL R/C INC.<br>26022 PALA<br>MISSION VIEJO, CA 92691 | U.S. BANK NA | ☒ D<br>☐ E/F<br>☐ G |
| 20 | ESTES-COX CORP.<br>1295 H STREET<br>PO BOX 227<br>PENROSE, CO 81240 | U.S. BANK NA | ☒ D<br>☐ E/F<br>☐ G |
| 21 | GREAT PLANES MODEL MANUFACTURING, INC.<br>706 W BRADLEY<br>URBANA, IL 61801 | U.S. BANK NA | ☒ D<br>☐ E/F<br>☐ G |
| 22 | REVELL INC.<br>1850 HOWARD ST.<br>UNIT A<br>ELK GROVE VILLAGE, IL 60007 | U.S. BANK NA | ☒ D<br>☐ E/F<br>☐ G |

| Debtor | ARRMA DURANGO LTD. | Case number (if known) | 18-10158(KG) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| | Name UbX˘A UJ˙]b[ ˘5 XXfYgg | Name | Check all schedules that apply: |
| 23 | TOWER HOBBIES, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | U.S. BANK NA | ☒ D<br>☐ E/F<br>☐ G |
| 24 | UNITED MODEL, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | U.S. BANK NA | ☒ D<br>☐ E/F<br>☐ G |
| 25 | AXIAL R/C INC.<br>26022 PALA<br>MISSION VIEJO, CA 92691 | CYPRIUM INVESTORS IV AIV I LP | ☒ D<br>☐ E/F<br>☐ G |
| 26 | ESTES-COX CORP.<br>1295 H STREET<br>PO BOX 227<br>PENROSE, CO 81240 | CYPRIUM INVESTORS IV AIV I LP | ☒ D<br>☐ E/F<br>☐ G |
| 27 | GREAT PLANES MODEL MANUFACTURING, INC.<br>706 W BRADLEY<br>URBANA, IL 61801 | CYPRIUM INVESTORS IV AIV I LP | ☒ D<br>☐ E/F<br>☐ G |
| 28 | REVELL INC.<br>1850 HOWARD ST.<br>UNIT A<br>ELK GROVE VILLAGE, IL 60007 | CYPRIUM INVESTORS IV AIV I LP | ☒ D<br>☐ E/F<br>☐ G |
| 29 | TOWER HOBBIES, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | CYPRIUM INVESTORS IV AIV I LP | ☒ D<br>☐ E/F<br>☐ G |
| 30 | UNITED MODEL, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | CYPRIUM INVESTORS IV AIV I LP | ☒ D<br>☐ E/F<br>☐ G |

| Debtor | ARRMA DURANGO LTD. | Case number (if known) | 18-10158(KG) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| | Name | Name | Check all schedules that apply: |
| 31 | HOBBICO, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | BMO HARRIS BANK, NA | ☒ D<br>☐ E/F<br>☐ G |
| 32 | HOBBICO, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | PNC BANK, NA | ☒ D<br>☐ E/F<br>☐ G |
| 33 | HOBBICO, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | U.S. BANK NA | ☒ D<br>☐ E/F<br>☐ G |
| 34 | HOBBICO, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | WELLS FARGO, NA | ☒ D<br>☐ E/F<br>☐ G |
| 35 | HOBBICO, INC.<br>2904 RESEARCH RD.<br>CHAMPAIGN, IL 61822 | CYPRIUM INVESTORS IV AIV I LP | ☒ D<br>☐ E/F<br>☐ G |
| | | | ☐ D<br>☐ E/F<br>☐ G |
| | | | ☐ D<br>☐ E/F<br>☐ G |
| | | | ☐ D<br>☐ E/F<br>☐ G |

Fill in this information to identify the case and this filing:

Debtor Name __ARRMA DURANGO LTD.__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (*If known*): __18-10158(KG)__

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __3/9/2018__          ✗ _Tom S. O'Donoghue Jr._
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

TOM S. O'DONOGHUE, JR.
Printed Name

CHIEF RESTRUCTURING OFFICER
Position or relationship to debtor

Declaration Under Penalty of Perjury for Non-Individual Debtors